THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NOS. 3:06CR74-3-BR, 3:06CR403-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| SAMUEL THOMAS CURRIN, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Defendant Samuel Thomas Currin's motion to continue the sentencing hearing. Although counsel did not file the motion in Case No. 3:06CR403, the court presumes the motion applies equally to that case. For good cause shown, the motion is ALLOWED IN PART. Defendant's sentencing hearing is CONTINUED to 4 September 2007 in Raleigh, North Carolina. No further requests for continuance will be considered.

This 26 July 2007.

W. Earl Britt
Senior U.S. District Judge