UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Nos. 3:06-CR-74-3BR
3:06-CR-403-BR

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| SAMUEL THOMAS CURRIN | ) | |

This matter is before the court on motions of the government for a downward departure pursuant to Rule 35 of the Federal Rules of Criminal Procedure. The motions are ALLOWED and the judgment of this court entered 17 September 2007 is hereby modified as follows:

1. By deleting therefrom the imprisonment term of 70 months as to Count 5 of Indictment in 3:06-CR-74; 70 months as to Count 1 of Indictment in 3:06-CR-403 to be served concurrently with Count 5 in 3:06-CR-74; and 36 months as to Count 2 in 3:06-CR-403 to be served concurrently with Count 5 in 3:06-CR-74 and concurrently with Count 1 in 3:06-CR-403, for a total term of 70 months, and inserting in lieu thereof TIME SERVED as to Count 5 in 3:06-CR-74 and Counts 1 and 2 in 3:06-CR-403.

2. Per defendant's unopposed request, by deleting from standard condition of supervision number 6 "Western District of North Carolina" and inserting in lieu thereof "State of North Carolina".

Except as herein modified, the Judgment of this court is, in all respects, ratified and confirmed.

This 14 July 2009.

                                   _____
                                   W. Earl Britt
                                   Senior U.S. District Judge